WILLIAM R. WILLCOX et al., Constituting the Public Service Commission of the State of New York for the First District, Respondents, *v.* RICHMOND LIGHT AND RAILROAD COMPANY et al., Appellants.

*Willcox* v. *Richmond Light & R. R. Co.*, 142 App. Div. 44, affirmed.

(Argued March 14, 1911; decided April 25, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1910, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant railroad companies to exchange transfers at certain intersecting points on their lines.

*Lewis H. Freedman* and *Harold Russell Griffith* for appellants.

*George S. Coleman, Arthur Du Bois* and *Edward M. Deegan* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: HAIGHT, J.